ROBERT O. ABBOTT ET AL. *v.* CITY OF BRISTOL

The defendant's "Motion For Review Of An Order In The Nature Of A Judgment Terminating Stay" from the Superior Court in Hartford County is denied.

*Kenneth J. Laska,* city attorney, in support of the motion.